**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CHITTRANJAN "CHUCK" THAKKAR and DCT SYSTEMS GROUP, LLC, | )<br>)<br>) Chapter 11<br>) |
| Plaintiffs, | ) Adversary No.: <u>17-05248</u><br>) |
| v. | ) Bankruptcy No.: <u>15-58440</u><br>) |
| BAY POINT CAPITAL PARTNERS, LP, BAY POINT ADVISORS LLC, CHARLES ANDROS, JOHN DOE 1, and JOHN DOE 2, | ) Removed from Superior Court of Fulton<br>) County, Georgia<br>) Case No.: <u>2017cv294607</u><br>) |
| Defendants. | )<br>) |

**STIPULATION TO PLAINTIFFS' VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE**

COME NOW, Chittranjan "Chuck" Thakkar and DCT Systems Group, LLC, Plaintiffs in the above-referenced matter and Bay Point Capital Partners, LP, Bay Point Advisors LLC, Charles Andros, John Doe 1 and John Doe 2, Defendants in the above-referenced matter, by and through their undersigned counsel, and pursuant to Rule 41(a)(ii), now file this stipulation to Plaintiffs' voluntary dismissal of counts II, III, and IV of Plaintiffs' Complaint. All parties shall bear their own costs and litigation expenses, including attorney's fees.

**This** 19th day of January, 2018.

*[SIGNATURES ON THE FOLLOWING PAGE]*

Respectfully submitted,

| **WEENER & NATHAN LLP** | **THOMPSON HINE LLP** |
|---|---|
| /s/ Devin B. Phillips | /s/ John F. Isbell |
| Eric J. Nathan | John F. Isbell |
| Georgia Bar No.: 535280 | Georgia Bar No.: 384883 |
| Devin B. Phillips | Garrett A. Nail |
| Georgia Bar No.: 189782 | Georgia Bar No.: 997924 |
| 5887 Glenridge Drive, NE, Suite 275 | Two Alliance Center |
| Atlanta, Georgia 30328 | 3560 Lenox Road, Suite 1600 |
| Telephone: (770) 392-9004 | Atlanta, Georgia 30326 |
| Fax: (770) 522-9004 | Telephone: (404) 541-2900 |
| Emails: nathan@wnllp.com; | Fax: (404) 541-2905 |
| dphillips@wnllp.com | Emails: john.isbell@thompsonhine.com |
| *Attorneys for Plaintiffs* | garrett.nail@thompsonhine.com |
| | *Attorneys for Defendants* |