# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

IN RE:

BAY CIRCLE PROPERTIES, LLC

    DEBTOR(S)

| | |
|---|---|
| **CHITTRANJAN "CHUCK" THAKKAR and DCT SYSTEMS GROUP, LLC,** ) ) ) ) | |
|     **Plaintiffs / Appellants,** ) ) | **Chapter 11** |
| **v.** ) ) | **Adversary No.: 17-05248** |
| **BAY POINT CAPITAL PARTNERS, LP, BAY POINT ADVISORS LLC, CHARLES ANDROS, JOHN DOE 1, and JOHN DOE 2,** ) ) ) ) ) ) | **Bankruptcy No.: 15-58440-WLH** |
|     **Defendants / Appellees.** ) ) | |

## STATEMENT OF ISSUES TO BE PRESENTED

COME NOW CHITTRANJAN "CHUCK" THAKKAR and DCT SYSTEMS GROUP, LLC ("Appellants"), pursuant to Federal Rule of Bankruptcy Procedure 8009(a), and hereby states the issues to be presented on appeal:

The bankruptcy court erred when it:

1. Held that a breach of an express provision of the agreement at issue was required to invoke the implied duty of good faith and fair dealing.

1

2. Held that Bay Point was not required to exercise its discretion, specifically its election of remedies, in good faith.

3. Held that Chuck Thakkar's tender of the full amount owing into the escrow account of his attorney, John Christy, was a proposal to pay and not an effective tender.

/s/ Devin B. Phillips                           Date: 2/06/2018
DEVIN B. PHILLIPS
Georgia Bar No.: 189782
**Weener & Nathan LLP**
5887 Glenridge Drive, NE, Suite 275
Atlanta, Georgia 30328
Telephone: (770) 392-9004
Fax: (770) 522-9004
Email: dphillips@wnllp.com
*Attorney for Appellants*

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Statement of Issues Presented to the Court* with the Clerk of Court using this Court's CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John F. Isbell
Garrett A. Nail
Thompson Hine LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
john.isbell@thompsonhine.com; garrett.nail@thompsonhine.com

**This** 6th day of February, 2018.

/s/ Devin B. Phillips
Devin B. Phillips
Georgia Bar No.: 189782