**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| BAY CIRCLE PROPERTIES, LLC,<br><br>  Debtor,<br><br>CHITTRANJAN THAKKAR and DCT SYSTEMS GROUP, LLC,<br><br>  Appellants,<br><br>vs.<br><br>BAYPOINT CAPITAL PARTNERS, LP, BAY POINT ADVISORS LLC, CHARLES ANDROS, JOHN DOE I, and JOHN DOE II,<br><br>  Appellees. | BANKRUPTCY CASE NO.<br>15-58440-WLH<br><br><br><br><br>ADVERSARY NO.17-05248<br><br><br>CIVIL ACTION FILE<br><br><br><br>NO. 1:18-cv-357-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the appeal of the bankruptcy order entered January 12, 2018, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 24th day of May, 2018.

                JAMES N. HATTEN
                CLERK OF COURT


           By: <u>s/Daniel Ross</u>
              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 May 24, 2018
James N. Hatten
Clerk of Court

By:<u>s/Daniel Ross</u>
   Deputy Clerk