IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-12536-EE
_____

In Re: BAY CIRCLE PROPERTIES, LLC,

              Debtor.
_____

CHITTRANJAN THAKKAR,
DCT SYSTEMS GROUP, LLC,

              Plaintiffs - Appellants,

versus

BAY POINT CAPITAL PARTNERS, LP,
BAY POINT ADVISORS, LLC,
CHARLES ANDROS,
JOHN DOE, 1,
JOHN DOE, 2,

              Defendants - Appellees.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

Before: TJOFLAT, JILL PRYOR and ANDERSON, Circuit Judges.

BY THE COURT:

  Appellant DCT Systems Group LLC consent motion to dismiss appeal is GRANTED.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 24, 2019

Lisa Wolgast
Morris Manning & Martin, LLP
1600 ATLANTA FINANCIAL CTR
3343 PEACHTREE RD NE
ATLANTA, GA 30326

Appeal Number: 18-12536-EE
Case Style: Chittranjan Thakkar, et al v. Bay Point Capital Partners, LP, et al
District Court Docket No: 1:18-cv-00357-RWS
Secondary Case Number: 15-bkc-58440-WLH

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Elora Jackson, EE
Phone #: (404) 335-6173

MOT-2 Notice of Court Action