**IT IS ORDERED as set forth below:**



**Date: June 8, 2015**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BAY CIRCLE PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | Case No. 15-58440-wlh |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| DCT SYSTEMS GROUP, LLC, | ) | Chapter 11 |
| | ) | Case No. 15-58441-wlh |
| Debtor. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| SUGARLOAF CENTRE, | ) | Chapter 11 |
| | ) | Case No. 15-58442-wlh |
| Debtor. | ) | |

|  |  |  |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **NILHAN DEVELOPERS,** | ) | **Chapter 11** |
| | ) | **Case No. 15-58443-wlh** |
| Debtor. | ) | |
| | ) | |
| **IN RE:** | ) | |
| | ) | |
| **NRCT, LLC,** | ) | **Chapter 11** |
| | ) | **Case No. 15-58444-wlh** |
| Debtor. | ) | |

# ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES FOR PROCEDURAL PURPOSES ONLY

Upon the *Motion of Wells Fargo Bank, National Association for Order Directing Joint Administration of Chapter 11 Cases Pursuant To Rule 1015(b) of the Federal Rules Of Bankruptcy Procedure* (the "**Motion**") filed on May 13, 2015, by Wells Fargo Bank, National Association ("**Lender**"), a creditor of Debtors Bay Circle Properties, LLC ("**Bay Circle**"), DCT Systems Group, LLC ("**DCT**"), Sugarloaf Centre, LLC ("**Sugarloaf**"), Nilhan Developers, LLC ("**Nilhan Developers**"), and NRCT, LLC ("**NRCT**" and, together with Bay Circle, DCT, Sugarloaf and Nilhan Developers, collectively, the "**Debtors**") in the above-captioned chapter 11 cases (collectively, the "**Chapter 11 Cases**"); and the Court concluding that (a) it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and that this is a core proceeding pursuant to 28 U.S.C. § 157(b); (b) the relief requested in the Motion is appropriate and is in the best interests of Debtors' respective estates and creditors; and (c) sufficient cause supports the relief sought in the Motion; it is

ORDERED that the Motion is GRANTED, as set forth herein.

ORDERED that the Chapter 11 Cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 15-58440-wlh.

ORDERED that the caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BAY CIRCLE PROPERTIES, LLC, *et al.*[1] ) | Case No. 15-58440-wlh |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

ORDERED that a docket entry shall be made in each of the Chapter 11 Cases substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of Bay Circle Properties, LLC, DCT Systems Group, LLC, Sugarloaf Centre, LLC, Nilhan Developers, LLC, and NRCT, LLC. The docket in Case No. 15-58440-wlh should be consulted for all matters affecting this case.

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of any of the Chapter 11 Cases pursuant to Federal Rule of Bankruptcy Procedure 1015(b) or otherwise.

ORDERED that this Order shall be without prejudice to the rights of any Debtor or party in interest to seek entry of an order substantively consolidating any of the Chapter 11 Cases.

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Bay Circle Properties, LLC (1578), DCT Systems Group, LLC (6978), Sugarloaf Centre, LLC (2467), Nilhan Developers, LLC (6335), and NRCT, LLC (1649).

**END OF DOCUMENT**

**Prepared and presented by:**

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: /s/ *James S. Rankin, Jr.*
    C. Edward Dobbs
    Georgia Bar No. 223450
    James S. Rankin, Jr.
    Georgia Bar No. 594620
    Joshua J. Lewis
    Georgia Bar No. 303211
1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia  30303
(404) 523-5300
ced@phrd.com
jrankin@phrd.com
jlewis@phrd.com

Distribution list:

James S. Rankin, Jr., Parker, Hudson, Rainer & Dobbs LLP, 1500 Marquis Two Tower, 285 Peachtree Center Avenue NE, Atlanta, Georgia 30303

J. Carole Thompson Hord, Shreeder, Wheeler & Flint LLP, 1100 Peachtree Street NE, Suite 800, Atlanta, Georgia 30309-4516

Thomas W. Dworschak, Office of the United States Trustee, Suite 362, Russell Federal Building, 75 Spring Street SW, Atlanta, Georgia 30303